Attorney: LEVIN EPSTEIN & ASSOCIATES PC Address: 60 EAST 42ND ST., STE#4700 NEW YORK, NY 10165    Job #: 1541626

# AFFIDAVIT OF NON SERVICE

Client's File No.: maldonado v. top

UNITED STATES DISTRICT COURT
STATE OF NEW YORK, EASTERN DISTRICT

INDEX NO.: 1:23-CV-05243-
COUNTY OF EASTERN



ISAI HERNANDEZ MALDONADO, ON BEHALF OF HIMSELF AND OTHERS SIMILARLY SITUATED IN THE PROPOSED FLSA COLLECTIVE ACTION

*Plaintiff*

vs

TOP TECH AUDIO INC., AND TONY CHALOUH

*Defendant*

STATE OF NEW JERSEY, COUNTY OF MIDDLESEX, SS.:

The undersigned being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of New Jersey. That on the following date: 09/28/2023, at the following time: 11:32 AM, at 35 KENNEDY BLVD, EAST BRUNSWICK, NJ 08816. deponent attempted to serve the within SUMMONS IN A CIVIL ACTION, JURY TRIAL DEMANDED COMPLAINT

upon TONY CHALOUH

the defendant / respondent therein named, and that after due search, careful inquiry and diligent attempts at

35 KENNEDY BLVD, EAST BRUNSWICK, NJ 08816

deponent was unable to effect process upon the person being served because of the following reason(s):

- [ ] unknown at address
- [ ] moved, left no forwarding
- [ ] evading
- [ ] unable to serve in timely fashion
- [x] Other: BUILDING IS VACANT. NO OCCUPANTS.
- [ ] house/building vacant
- [ ] address does not exist
- [ ] service canceled by litigant
- [ ] no other occupants / tenants over 18 years of age

ATTEMPTS WERE MADE AS FOLLOWS:

| Date | Time | Place |
|------|------|-------|
|      |      |       |

Sworn to before me on 9/30/2023

_Naomi Weinshenker_ exp 10/23/2025
NOTARY PUBLIC

MICHAEL WEINSHENKER
DCA License #

NAOMI H. WEINSHENKER
NOTARY PUBLIC OF NEW JERSEY
Commission # 60141466
My Commission Expires 10/23/2025

PRESTIGE PROCESS SERVERS INC 166-06 24TH RD, LL, WHITESTONE, NY 11357 718-362-4890 Lic#2003142-DCA