UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ISAI HERNANDEZ, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action*,

                      Plaintiff,

-against-

TOP TECH AUDIO, INC. and TONY CHALOUH,

                      Defendants.
------------------------------------------------------------------------X

Civil Case No. 1:23-cv-05243-BMC

**STIPULATION – ACCEPTANCE OF SERVICE OF COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, between the Plaintiff, ISAI HERNANDEZ, through his attorneys, the undersigned, and Defendant TOP TECH AUDIO, INC., through its attorneys, JOHNSON LITIGATION GROUP, P.C., and the undersigned, that counsel for appearing Defendant Top Tech Audio, Inc., does accept service of the Complaint filed in this action (<u>ECF Dkt. No. 1; Dated July 10, 2023</u>) and does hereby waive any and all jurisdictional defenses based upon service of process.

Dated:  Great Neck, New York
         November 27, 2023

JOHNSON LITIGATION GROUP, P.C.

_____
By:    Kevin S. Johnson, Esq.
*Attorneys for Defendant Top Tech Audio, Inc.*
1 Linden Place, Suite 207
Great Neck, NY 11021
O: (646) 590 – 0571
C: (929) 801 – 0505
kjohnson@jlitlaw.com

Dated:  New York, New York
         November \_\_\_, 2023

LEVIN-EPSTEIN & ASSOCIATES, P.C.

    \_\_\_**s/s Jason Mizrahi**_____
By:    Joshua Levin-Epstein, Esq.
        Jason Mizrahi, Esq.
*Attorneys for Plaintiff*
60 East 42nd Street, Ste 4700
New York, NY 10165
O: (212) 792 – 0046
joshua@levinepstein.com
jason@levinepstein.com