UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
ISAI HERNANDEZ MALDONADO, *on behalf of*     Case No. 1:23-cv-05243-BMC
*himself and others similarly situated in the proposed FLSA*
*Collective Action*

                                                    Plaintiff,

   -against-

TOP TECH AUDIO INC., and
TONY CHALOUH,

                                                    Defendant.
-------------------------------------------------------------------------X

## DECLARATION IN SUPPORT TO RELIEVE DEBORAH R. KICK, ESQ. AS COUNSEL FOR DEFENDANTS

DEBORAH R. KICK, ESQ., an attorney duly admitted to practice law before this District and in the State of New York, does affirm the following under penalty of perjury:

1. I am currently registered and noticed to the Court as attorney of record for TOP TECH AUDIO INC., and TONY CHALOUH. I now make this Declaration in support of my motion to be relieved of as counsel for said parties.

2. However, my association with the law firm of Johnson Litigation Group, P.C. and its clients has ended as of December 10, 2023.

3. The above-named Defendants will continue to be represented by the Johnson Litigation Group, P.C. and attorney Kevin S. Johnson, Esq., along with any other associated attorneys and those of counsel.

4. Therefore, I request that the Court grant my motion and any other relief the Court should deem just and proper.

WHEREFORE, counsel for Defendants, Deborah R. Kick, Esq., respectfully

requests the Court grant the within motion and for such other and further relief as the Court may deem just and proper.

Dated: Great Neck, New York
       December 14, 2023

                                                By: Deborah R. Kick, Esq.
*Attorney for Defendants*
*Formerly associated* with
Johnson Litigation Group, P.C.
1 Linden Place, Suite 207
Great Neck, NY 11021
O: (646) 590 – 0571

**TO VIA EMAIL/ECF**
Joshua Levin-Epstein
Jason Mizrahi
**Levin-Epstein & Associates, P.C.**
60 East 42nd Street
Suite 4700
New York, NY 10165
212-792-0046
joshua@levinepstein.com
212-792-0048
jason@levinepstein.com
*Attorneys for Plaintiff*

2